IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN STEWART,

    Plaintiff,

v.

MELISSA M. BLOCK, et al.

    Defendants.

ORDER

Case No. 21-cv-558-jdp

---

Plaintiff Steven Stewart has submitted a certified trust fund account statement for the six-month period preceding the filing of the complaint in support of the motion to proceed without prepayment of the filing fee. Using information for the relevant time period from plaintiff's trust fund account statement, the court finds that plaintiff's financial situation does not warrant a determination of indigency. Accordingly, plaintiff must prepay the $402 fee[1] for commencing this action.

ORDER

IT IS ORDERED that plaintiff Steven Stewart's petition for leave to proceed without prepayment of the filing fee is DENIED. Plaintiff must pay the $402 fee no later than October 18, 2021. If plaintiff fails to do so, this action may be dismissed without prejudice to plaintiff filing the case at a later date.

Entered this 27th day of September, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

---

[1] Effective December 1, 2020, the total fee for filing a civil action is $402 (the $350 statutory fee plus the $52 miscellaneous administrative fee).